THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187101
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California  90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    Email: sharla.cerra@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERTO ROMAN, | CV 06-6755 SH. |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | **FOR THE PLAINTIFF** |
| Defendant. | |

The Court having approved the parties' stipulation to reopen the case for the purpose of entering judgment for the plaintiff and the case having been reopened for that purpose, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby rendered for the plaintiff.

DATE: 3/10/08

/ s /
_____
STEPHEN HILLMAN
United States Magistrate Judge

1